

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00339-CV

**IN THE INTEREST OF K.T.H**.

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00533
Honorable Susan D. Reed, Judge Presiding

# O R D E R

      This is an accelerated appeal from the trial court's order terminating appellant's parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), asserting there is no meritorious issue to raise on appeal. Counsel states appellant has been provided copies of the brief and motion to withdraw and informed of the right to review the record and file a pro se brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.). Additionally, counsel states appellant has been provided with a form motion to use to request access to the record.

      If appellant desires to file a pro se brief, we order the brief due **October 13, 2020**. If appellant files a timely pro se brief, the State may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, the State may file a brief in response to counsel's brief by **November 2, 2020**. We order the motion to withdraw filed by appellant's counsel will be held in abeyance pending further order of the court.

      We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.



Michael A. Cruz,
Clerk of Court